Bk 668 Pg 121

Recorded: 4/9/2018    01:20:11 PM
Pamela Bartlett, Acting Register of Deeds
Oxford West County

RECORDING REQUESTED
AND PREPARED BY:
Celink
PO Box 40724
Lansing, Michigan 48901
(517) 321-8980
**KRIS MIRELES - CELINK**

And When Recorded Mail To:
Celink
PO Box 40724
Lansing, Michigan 48901

_____ above for Recorder's use _____

Doc # 83659

### ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC.("MERS") WHOSE ADDRESS IS 1901 EAST VOORHEES ST STE C, DANVILLE IL 61834, PO BOX 2026, FLINT MI 48501, AS NOMINEE FOR AMERICAN ADVISORS GROUP,ISAOA, 3800 W. CHAPMAN AVE 3RD FLOOR, ORANGE, CA 92868 0000.** By these presents does convey, grant, bargain, assign, transfer and set over to: **AMERICAN ADVISORS GROUP, 3800 W. CHAPMAN AVE 3RD FLOOR, ORANGE, CA  92868 0000.** The described Mortgage, with all interest, all liens, and any rights due or to become due thereon.  Said Mortgage in the amount of $225,000.00  recorded in the State of MAINE, County of OXFORD (WEST) Official Records, dated **SEPTEMBER 03, 2013** and recorded on **SEPTEMBER 30, 2013, as Instrument No. 67177, in Book No. 616, at Page No. 677.**

Original Mortgagor:  **RICHARD J. CULTRERA, SURVIVING JOINT TENANT OF MARTHA J. CULTRERA, WHO DIED ON OCTOBER 24, 2012.**  Original Mortgagee:  **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") AS NOMINEE FOR AMERICAN ADVISORS GROUP.**

Date ⟨April 2, 2018⟩

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC.("MERS") AS NOMINEE FOR AMERICAN ADVISORS GROUP,ITS SUCCESSORS AND/OR ASSIGNS**

By: *Jane Ward*
     **JANE WARD, ASSISTANT SECRETARY**

State of      **MICHIGAN**                    }
County of   **CLINTON**                       } ss.

On  **4.2.2018**  , before me, **KRISTINA M. MIRELES**, a Notary Public, personally appeared  **JANE WARD**  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

Kristina M. M⟨⟩
(Notary Name): **KRISTINA M. MIRELES**

Notary Public In and for INGHAM County
Acting in CLINTON County, MICHIGAN State
My Commission Expire: 09/11/2021

*[Notary seal: KRISTINA M. MIRELES, NOTARY PUBLIC, COUNTY OF INGHAM, My Commission Expires September 11, 2021, STATE OF MICHIGAN]*

State of Maine                    May 30, 2018
Oxford County, ss.

This will certify that the foregoing is a true copy of
an instrument recorded in Oxford County Western
District Registry of Deeds on April 9, 2018 at
1:20 PM in Book 668 on Page121.

Attest: *Jennifer R. Zulker, Acting Deputy*
Jennifer R. Zulker
Acting Deputy Register of Deeds
Oxford County (W.D.) Registry of Deeds



EXHIBIT
**D**