UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| American Advisors Group | CIVIL ACTION NO: 2:20-cv-00274-JDL |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | |
| Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Richard J. Cultrera | RE:<br>1680 Pequawket Trail, Hiram, ME 04041 |
| Defendant | Mortgage:<br>September 3, 2013<br>Book 616, Page 677 |
| Secretary of Housing and Urban Development | |
| Party-In-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, American Advisors Group

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
American Advisors Group - Plaintiff
Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Richard J. Cultrera - Defendant
Secretary of Housing and Urban Development - Party-in-Interest

Dated: August 5, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., Esq. hereby certify that on August 5, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Richard J. Cultrera
90 Bridge Street, Suite 100
Westbrook, ME 04092

Secretary of Housing and Urban Development
451 Seventh Street SW
Washington D.C., DC 20410